```
               UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF TEXAS
                   SAN ANTONIO DIVISION
```

CARL PHILLIPS, JOHN MATLOCK, and\*
RUSSELL SKINNER,                 \*
                                 \*
          Plaintiffs,            \*
VS.                              \*   CIVIL NO. SA-10-CA-0467-OLG
                                 \*
WARCOMP, INC. and W. ALLEN       \*
ROBERSON,                        \*
                                 \*
          Defendants.            \*

## SHOW CAUSE ORDER

This case was initially filed in the Southern District of Texas and was transferred to the Western District on June 2, 2010. (Docket no. 30). Defendants filed an answer in this case on December 26, 2009. (Docket nos. 13 and 14). On October 25, 2010, defendants' attorney of record, Adriaan Jansse, filed a motion to withdraw, contending that defendants were not returning calls, communicating via email or mail, or otherwise assisting in any way in their defense. (Docket no. 47). Consequently, this Court granted Mr. Jansse's motion. (Docket no. 51). Subsequently, plaintiffs filed a motion requiring the corporate defendant, Warcomp, Inc., to retain counsel. (Docket no. 52). Defendants did not respond to plaintiffs' motion. On December 2, 2010, this Court granted plaintiffs' motion and ordered Warcomp, Inc. to retain a licensed attorney to make an appearance within twenty days from the entry of the order. The Court warned defendants that failure to

comply with the Court's order would subject defendants to sanctions and/or default judgment on plaintiffs' claim. Nevertheless, no appearance has been filed on behalf of Warcomp, Inc.[1]

The Court recently discovered an additional address for defendants at P.O. Box 39, Converse, Texas. Accordingly, **IT IS ORDERED** that the District Clerk is directed to serve Warcomp, Inc., and W. Allen Roberson with a copy of this Order at P.O. Box 39, Converse, Tx. 78109. Warcomp, Inc. shall retain a licensed attorney who shall make an appearance in this case on or before February 10, 2011. If Warcomp, Inc. fails to comply with this Order, the undersigned will recommend to the District Court that Warcomp, Inc.'s answer be stricken and that default be entered.

**SIGNED** January 31, 2011.

_____
JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's Order was sent to defendants at the following addresses: Warcomp, Inc., 6500 Woodlake Parkway, San Antonio, Tx. 78244; and William Allen Roberson, 6404 Mineral Bay, San Antonio, Tx. 78244. Although mail sent to the Woodlake Parkway address was returned as undeliverable, mail sent to the Mineral Bay address appears to have been successfully delivered.