IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CARL PHILLIPS, JOHN MATLOCK AND RUSSELL SKINNER<br>Plaintiffs,<br><br>V.<br><br>WARCOMP, INC. AND W. ALLEN ROBERSON | §§§§§§§§ | Civil Action No. SA-10-CV-467-OG<br><br>JURY |

## JOINT ADVISORY

TO THE HONORABLE JUDGE JOHN W. PRIMOMO:

As Ordered by the Court on February 16, 2011, counsel for the parties have conferred about Mediation. The counsel for the parties in this matter agree to mediate this cause. Mediation will occur at the Bexar County Dispute Resolution Center located in the Cadena Reeves Justice Center located at 300 Dolorosa, Suite 1102, San Antonio, Texas 78205-3009, Telephone: (210) 335-2128 and Telecopier (210) 335-2941.

Counsel are still working on scheduling the exact date and time of Mediation to accommodate our trial schedules. Proposed dates for our Mediation are: March 28, 2011 at 9:00 a.m., March 29, 2011 at 9:00 a.m., March 31, 2011 at 1:30 p.m., April 1, 2011 at 9:00 a.m., April 4, 2011 at 9:00 a.m. or 1:30 p.m., April 5, 2011 at 9:00 a.m., April 6, 2011 at 9:00 a.m., April 7, 2011 at 9:00 a.m. or 1:30 p.m., or April 8, 2011 at 9:00 a.m. or 1:30 p.m. Counsel for the parties will supplement this *Joint Advisory*, as required.

Respectfully submitted,

THE LAW OFFICE OF MARK E. BRASWELL, P.C.
Colonies North Professional Building
3740 Colony Drive, Suite 208
San Antonio, Texas 78230
Telephone:   (210) 699-9966
Telecopier:   (210) 699-9367
Mobile:         (210) 825-4261
Email: markbraswell@satx.rr.com

By: */Mark E. Braswell/*
MARK E. BRASWELL
State Bar No. 24031883

**ATTORNEY FOR DEFENDANTS,
WARCOMP, INC AND W. ALLEN ROBERSON**

## **CERTIFICATE OF SERVICE**

This is to certify that the above and foregoing *Joint Advisory* has been served via facsimile, pursuant to Federal Rule of Civil Procedure 5, on this 3rd day of March, 2011, upon the following:

Ms. Melissa Ann Moore
Mr. Curt Hesse
MOORE & ASSOCIATES.
Lyric Center
440 Louisiana Street, Suite 675
Houston, Texas 77002
Telephone: (713) 222-6775
Facsimile:  (713) 222-6739

**ATTORNEY FOR PLAINTIFFS,
CARL PHILLIPS, JOHN MATLOCK AND RUSSELL SKINNER**

By: *Mark E. Braswell*
MARK E. BRASWELL

**ATTORNEY FOR DEFENDANTS,
WARCOMP, INC AND W. ALLEN ROBERSON**

C:\Clients\1187.004\Joint Advisory 01.doc